UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:20 MJ 3220 NCC ) |
| Ledra A. Craig, | ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The alleged offense involves a violation of the Controlled Substances Act in which a maximum term of imprisonment of more than ten years is prescribed, thus creating a rebuttable presumption of detention pursuant to Title 18, United States Code, Section 3142(e)(2).

2. Defendant is a threat to the community. Defendant has a long and troubling criminal history, including prior convictions for drug trafficking and robbery.

3. There is a serious risk that Defendant will flee. Defendant is facing a significant amount of time in prison for the charged offense.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/Derek J. Wiseman
DEREK J. WISEMAN # 67257MO
Assistant United States Attorney