UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED
AUG 2 0 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:20CR00403 HEA/PLC** |
| LEDRA A. CRAIG, ) a/k/a "Volley", ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about August 2, 2020, in St. Charles County, Missouri, within the Eastern District of Missouri,

**LEDRA A. CRAIG, a/k/a "Volley,"**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(1)(C).

### COUNT 2

On or about August 2, 2020, in St. Charles County, Missouri, within the Eastern District of Missouri,

**LEDRA A. CRAIG, a/k/a "Volley,"**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a

1

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney