

**LEDRA CRAIG'S PHONE**



### Glenn (573) 721-7255

Jul 10, 2020 at 6:07PM

> I'm trying to get some right now how much I want

A solid gram — 6:08PM

> Dollourfordollour they r getting for it

6:08PM

What's up — 7:10PM

Bring me some of that shit glenn — 11:58PM

Jul 11, 2020 at 12:23AM

> How much

Gram — 12:24AM



**LEDRA CRAIG'S PHONE**

**Glenn (573) 721-7255**

Jul 11, 2020 at 12:25AM

> Solid chunk

> I got 4 grams of raw fenny for 200 — 1:22AM

> U can't loose with that. Now is u a hustler or what. — 1:24AM

1:33AM — No not no hustler