**LEDRA CRAIG'S PHONE**



**Ryan Paris**
**(636) 357-7573**

Sun, Aug 2, 2020 at 7:11 AM

Volley it's Paris

**LEDRA CRAIG'S PHONE**



**LEDRA CRAIG'S PHONE**



**LEDRA CRAIG'S PHONE**



**LEDRA CRAIG'S PHONE**



**(618) 923-1260**

Jun 27, 2020 at 1:43 AM

So it will be like I gave u 2 and a half zips for 900

1:44 AM

Bro it wouldn't take me a day or a few hours to get the other 400 and I just need the shit to stay up like clock work

My uncle is my plug bro and it's everlasting. Ice. Heroin. Cocaine. My family been doing this since I was a kid bro. It's never dry my way bro

1:46 AM

**LEDRA CRAIG'S PHONE**



**(903) 371-7243**

Jun 5, 2020 at 7:45 PM

U have fen

Boy Fen. And ice

8:11PM

**LEDRA CRAIG'S PHONE**



**LEDRA CRAIG'S PHONE**

