

St. Joseph Hospital
St. Charles

300 First Capitol Drive
St. Charles, MO 63301

phone: 636-947-5000
ssmhealth.com

THE STATE OF MISSOURI

COUNTY OF ST. CHARLES

AFFIDAVIT

Before me, the undersigned authority, personally appeared Angela Geisler and who, being by me duly sworn, and deposed as follows:

My name is Angela Geisler. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of the records of SSM Health St. Joseph Hospital – St. Charles. Attached hereto are **168** pages of records regarding **Nickolaus Bruno.** These records are kept by Health Information Management in the regular course of business, of SSM Health St. Joseph Health Hospital – St. Charles, with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis.

The records attached hereto are the originals or exact duplicate of the original.

_Angela Geisler_      8/24/2020
Affiant      Date

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 24th day of August, 2020.

_Jovonna L Everett_
Notary Public

MY COMMISSION EXPIRES: 3/11/2024

JOVONNA L. EVERETT
My Commission Expires
March 11, 2024
St. Louis County
Commission #15638222

Through our exceptional health care services, we reveal the healing presence of God.