DECLARATION OF THE CUSTODIAN OF RECORDS,
OR OTHER QUALIFIED WITNESS, FOR
the St. Charles Fire Department

I, _Joyce Greer_, state as follows:

(A) I am a custodian of records, or other qualified witness, for the St. Charles Fire Department.

(B) The attached records are copies of the records of maintained by the St. Charles Fire Department.

(C) I certify that the above described records the St. Charles Fire Department were:

(1) Made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) Kept in the course of regularly conducted activity of the St. Charles Fire Department;

(3) Made in the regularly conducted activity and as a regular practice of the St. Charles Fire Department.

I certify under penalty of perjury that the foregoing is true and correct. Executed on _10-13-22_.
(Date)

_Joyce E. Greer_
(Signature)