

## IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY MISSOURI

| Judge or Division :<br>DANIEL RICHARD GREEN (39427)<br>DIV 2 | Case Number : 14AC-CR00927<br>☐ Change of Venue from |
|---|---|
| | Offense Cycle No : E0030677 |
| State Of Missouri                          vs.<br>Defendant: LEDRA A CRAIG (CRALA6437)<br>       1201 ST MARYS BLVD<br>       JEFFERSON CITY, MO 65109 | Assistant Prosecuting Attorney/MO Bar No:<br>STEVEN KRETZER (56950)<br><br>Defense Attorney/MO Bar No :<br>ANDREW JOSEPH SARTORIUS (66198) |
| Alias:     LEDRA A CRAIG | |
| DOB : 20-Aug-1976     SSN : ███<br>SEX : M | |
| | Appeal Bond Set Date :<br>Amount : |

### Judgment

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 07-Mar-2012 | 3246500 | Dist/Del/Manf/Produce Or Attempt To Or Possess W/Intent To Dist/Del/Manf/Produce A Controlled Substance ( **Felony B RSMo: 195.211** ) |
| **Disposition:** | 26-Aug-2015 | | Guilty Plea | |
| **Order Date:** | 28-Oct-2015 | | Sentence or SIS : | ███ |
| **Length :**<br>**Text :** | ███ | | | |
| **Conc/Cons :** | | | | |

|  | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 2 | 07-Mar-2012 | 3246500 | Dist/Del/Manf/Produce Or Attempt To Or Possess W/Intent To Dist/Del/Manf/Produce A Controlled Substance ( **Felony B RSMo: 195.211** ) |
| **Disposition:** | 26-Aug-2015 | | Guilty Plea | |
| **Order Date:** | 28-Oct-2015 | | Sentence or SIS : | ███ |
| **Length :**<br>**Text :** | ███ | | | |
| **Conc/Cons :** | | | | |

| Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Original Charge:** | 3 | 14-Mar-2012 | 3252000 | Delivery Or Manufacture Of Imitation Controlled Substance ( Felony D RSMo: 195.242 ) |
| **Disposition:** | 26-Aug-2015 | | Guilty Plea | |
| **Order Date:** | 28-Oct-2015 | | Sentence or SIS : | ▮▮▮▮ |
| **Length :** | ▮▮▮▮ | | | |
| **Text :** | ▮▮▮▮ | | | |
| **Conc/Cons :** | ▮▮▮▮ | | | |
| **Program :** | PRE TRIAL SERVICES PROGRAM 2 | | **Agency :** | |
| **Start Date :** | 17-Dec-2014 | | **Due to End :** | 17-Mar-2015 |

The defendant has been found beyond a reasonable doubt to be a: **Prior Drug Offender (195.285, .291, .292, .295, or .296 RSMo), Prior Offender (558.016 RSMo), Persistent Offender (558.016 RSMo).**

The court informed the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court.

Defendant has been advised of his/her rights to file a motion for post conviction relief pursuant to Rule 24.035/29.15 and the court has found **No Probable Cause** to believe that defendant has received ineffective assistance of counsel.

The Court orders:

The clerk to deliver a certified copy of the judgment and commitment to the sheriff.

The sheriff to authorize one additional officer/guard to transport defendant to Department of Corrections.

▮▮▮▮

The Court further orders:
28-Oct-2015    Defendant Sentenced

▮▮▮▮

So Ordered on: 14AC-CR00927    ST V LEDRA A CRAIG

10/30/2015
Date                                                     Judge

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.
(Seal of Circuit Court)
Issued on:  10/30/2015
Date                                                     Clerk     by jb

STATE OF MISSOURI } SS
COUNTY OF COLE

Clerk of the Circuit Court of Cole County, Missouri, hereby certify that the above and foregoing is a full true and correct copy of

Judgment

as fully as the same remains of record in my said office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my said office this 11th day of August 2020

Dawnel Davidson CH

Clerk
Circuit Court of Cole County, Missouri