May 2 2024

RECEIVED
MAY 14 2024
BY MAIL

The United States District Court
For The eastern District of Missouri
Eastern Division

United state of America } Appeal Case # 23-2211
} Case # 4:20-CR-00403-HEA
v.
Ledra Craig -pro-se

Motion asking For a Preliminary Ruling on My Motion For a New trial, And asking to be appointed Counsel To Represent Me in Such Motion.

Comes Now, defendant is requesting that the district Court For the eastern district of Missouri Make a ruling on his Motion For a New trial that was Filed on February 3rd, 2023..

Defendant Was represented by attorney Susan Mcgraugh In which she has withdrew From representing During the Process of My direct appeal. Ms Mcgraugh has not Communicated with Me about anything Concerning the granting or the denial of My Motion For a New trial. Mrs Mcgraugh Promised Me that the denial of My Motion to Supress Evidence Was Preserved and Would be argued on My direct appeal, but she didnt Make the Argument of appealling the denial of My Motion to Supress on direct appeal. My Attorney advised Me at My Sentencing hearing that if the Judge Denied My Motion For a New trial, that We Would have The right to appeal the denial of the New trial Motion on My direct Appeal.

The denial of a Meritorious Motion For a New Trial should be Preserved and Argued on My direct appeal, but do to The district Court Not timely Making a ruling on My Motion For a New trial, and due to My attorney Failing To ask the district Court to rule on My Motion For a New trial, I have been PreJudice, and My substantive Rights has been Violated, To a Fair direct appeal Process.

I respectfully ask this Court For a Preliminary ruling on My Motion For a New Trial, and I respectfully ask For Counsel to be appointed to Me to help Me respond To any questions Posed by the court.

Attorney Susan Mcgraugh Recently Withdrew From My Case During the Process of My Current direct appeal.

She Was appointed to represent Me in My trial and she was also appointed to represent Me on My Direct appeal.

I believe My substantive rights have been impaired as a result of Attorney Susan Mcgraugh being My trial Counsel and being My appeal Counsel, and not adequately Fullfilling her duties under the Criminal Justice Act Plan § V.3

I am Forced to represent Myself Pro-se in the Filing of this Motion, and I Pray that this Court Will provide Me attorney to help Me litigate This Motion.

Respectfully Submitted

pro se Ledra Craig # 50161-044

Ledra Craig

NAME Ledra Craig
REG. NO. 50161-044 QTR. W-A
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

9 MAY 2024 PM 1 L

FREEDOM
FOREVER / USA

United States Courthouse
For T[illegible] [illegible]istrict of Missouri
[illegible] the Court Clerk
111 South 10th Street
St. Louis, Missouri
63102

RECEIVED
MAY 14 2024
BY MAIL

63102-112700