RECEIVED
OCT 10 2025
BY MAIL

LEDRA A. CRAIG
REG. NO. 50161-044
FCI BENNETTSVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 52020
BENNETTSVILLE, SC 29512

October 6, 2025

Mr. Nathan M. Graves
Clerk of Court
U. S. District Court
Eastern District of Missouri
Eastern - St. Louis Division
111 South 10th Street
St. Louis, MO 63102

    RE:   *Craig v. United States*
           Civil No. 4:25-cv-_____
           Crim No. 4:20-cr-00403-HEA-1

Dear Mr. Graves:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and a Memorandum of Law in Support will be forthcoming. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                 Sincerely,

                                 */s/ Ledra Craig*
                                 LEDRA A. CRAIG
                                 Appearing *Pro Se*

*Encl. as noted*